In the Matter of MARK A. CARLSON, Appellant, v KATHLEEN WAHLSTROM, Respondent. (Appeal No. 2.) [864 NYS2d 378]— Appeal from an order of the Family Court, Chautauqua County (Patricia A. Maxwell, J.), entered June 5, 2007. The order, insofar as appealed from, denied in part the petition seeking custody and/or visitation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Fahey, Peradotto and Gorski, JJ.